UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBIN HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-176-HBG |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Deputy Commissioner for Operations, | ) |
| performing the duties and functions not | ) |
| reserved to the Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 20**] is **DENIED**, and Defendant's Motion for Summary Judgment [**Doc. 22**] is **GRANTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

ENTER:

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
   CLERK OF COURT